**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JIMMY SHANE CANTRELL                                                                                    PLAINTIFF
ADC #98730

v.                                              No. 4:07CV00692 JLH/JTR

MIKE BEEBE, Governor of the State
of Arkansas and Former Attorney General, et al.                                           DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.       Pursuant to 28 U.S.C. § 1915A, Plaintiff shall PROCEED with his claims that:

        (a)     Defendant Westbrook retaliated against him and infringed his right to access the courts when she seized, denied him access to, and refused to transfer his legal materials; and

        (b)     Defendants Beebe, Norris, Harmon, and White violated his right to access the courts and his substantive/procedural due process rights when they promulgated, approved, and enforced ADC Administrative Directive 06-14;

and that all other claims and Defendants are DISMISSED, WITHOUT PREJUDICE.

2. The Clerk is directed to prepare a summons for Defendants Westbrook, Beebe, Norris, Harmon, and White.

3. The United States Marshal is directed to serve the summons and Complaint upon Defendant Beebe at the Arkansas State Capitol and Defendants Westbrook, Norris, Harmon, and White through the ADC Compliance Division, without prepayment of fees and costs or security therefor.[1]

4. Plaintiff objects that the Proposed Findings and Recommended Partial Disposition do not address the issue of whether plaintiff should be permitted to proceed on his claims against "John Doe Clerk & Clerk McCormack." The only allegations against the Clerk of the Court and the Deputy Clerks relate to certain filings in Case No. 5:05CV00157 and Case No. 5:06CV00009. Case No. 5:05CV00157 continues to be an open case. Plaintiff is represented by an attorney in that case. Any complaints that plaintiff has about the way in which the Clerk's Office has handled the filing of papers in that case should be brought to the attention of the Judge handling that case. That Judge can address any impropriety that may have occurred in the way that pleadings were handled. Case No. 5:06CV00009 is currently on appeal. The only allegations that plaintiff has made regarding that case are that the Clerk did not send him copies of numerous pleadings and the Clerk did not send him a copy of the local rules. Because that case is now on appeal, the plaintiff can address his request for copies of pleadings to the Clerk of the United States Circuit Court for the Eighth Circuit. Any claim that plaintiff's rights have been violated by the handling of papers filed in those cases is premature. Pursuant to 28 U.S.C. § 1915(e)(2), the Court dismisses plaintiff's claims against "Clerk McCormack" and against "John Doe Clerks" because the complaint fails to state a claim upon which relief may be granted.

---

[1] The Court requests that a **SEALED** Statement providing the last known private mailing address be filed for any Defendants who are no longer ADC employees.

5.	The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 14th day of December, 2007.

                                                                        *J. Leon Holmes*
                                                           UNITED STATES DISTRICT JUDGE